Mr. Oliver K. Hughes #1929487
12071 F.M. 3522 (4.0.-31.7.)
"French Robertson Unit" (T.D.C.J)
Abilene, Texas. 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015
Abel Acosta, Clerk

Mr. Abel Acosta (Head Clerk)
Court of Criminal Appeals of Tx.
P.O. Box 12308, Capitol Station
Austin, Texas. 78711

DATE: 9-24-15

RE: "COA" NO.#01-14-00173-CR, "T.Ct." NO.#1348998, "PD-0424-15."

Greetings Sir,

My name is Mr. Oliver K. Hughes. The reason I'm sending this correspondance is in care of the above (I don) mentioned case. I need you to send me a copy of the "White Card" showing that the "Petition for Discretionary Review" that I filed with the "Court of Criminal Appeals of Texas" was (R)efused. As a pratical matter, the (I)nmate Law Library at the "Robertson Unit" doesn't make copies of anything for incarcerated inmate(s). So thus lies the problem. The copy (of the opinion) is so that I can complete the Appendix for a "Writ of Certirari" to the Supreme Court of the United States. Out of the Abundance of Caution, feel free to contact Mr. Robert Baker at the "Robertson Unit" Law Library. The phone No.# is (325) 648-9036. Thank you in Advance Sir.

Sincerly
Mr. Oliver K. Hughes